IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01899-LTB-CBS

DANIEL FANNING, and
CYNTHIA FANNING, husband and wife,

    Plaintiffs,

v.

DIANON SYSTEMS, INC., a Delaware corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

In light of the Order entered by Chief Judge Babcock on August 16, 2006, and pursuant to the minute order entered by this court on May 17, 2006, it is hereby

**ORDERED** that a telephonic status conference has been set for **September 12, 2006, at 8:30 a.m. (Mountain Time)**.

## **INSTRUCTIONS FOR TELEPHONIC PARTICIPATION**

Parties are directed to consult with each other, prior to the set hearing, to make arrangements for <u>one</u> <u>complete</u> conference call (Courtroom technology requires that all participating parties are to be on the line, *before* the Court is contacted).

Once the call is complete, the Court may be reached by dialing **(303) 844-2117** at the scheduled date/time.

**DATED:**     August 21, 2006