IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  05-cv-01899-LTB-CBS

DANIEL FANNING, and
CYNTHIA FANNING, husband and wife,

       Plaintiffs,

v.

DIANON SYSTEMS, INC., a Delaware corporation,

       Defendant.

_____

ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Joint Stipulation for Dismissal of Third Party Payor's Subrogated Claim With Prejudice (Doc 60 - filed January 4, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that all claims asserted by Third Party Payor ACS Recovery Systems, inc., formerly known as Primax Recoveries, Inc. are **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                       BY THE COURT:

                                         s/Lewis T. Babcock
                                       Lewis T. Babcock, Chief Judge

DATED: January 5, 2007