IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  05-cv-01899-LTB-CBS

DANIEL FANNING, and
CYNTHIA FANNING, husband and wife,

      Plaintiffs,

v.

DIANON SYSTEMS, INC., a Delaware corporation,

      Defendant.

_____

ORDER OF DISMISSAL
_____

      THIS MATTER having come before the Court on the Joint Stipulation for Dismissal

With Prejudice (Doc 59 - filed January 4, 2007), and the Court being fully advised in the

premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.

                    BY THE COURT:

                    __s/Lewis T. Babcock_____
                    Lewis T. Babcock, Chief Judge

DATED: January 5, 2007